60

JONES ET AL., APPELLANTS, *v.* COLUMBUS COATED FABRICS ET AL., APPELLEES.

[Cite as Jones *v.* Columbus Coated Fabrics (1988), 38 Ohio St. 3d 60.]

(No. 88-508—Submitted June 7, 1988—Decided July 20, 1988.)

*Clark & Perdue Co., L.P.A.,* and *Dale K. Perdue,* for appellants.

*Emens, Hurd, Kegler & Ritter* and *Stephen E. Chappelear,* for appellees.

Appellants' motion to dispense with submission of the record and briefs and the parties' joint motion for remand are granted. The judgment of the court of appeals is reversed on authority of *Van Fossen* v. *Babcock & Wilcox Co.* (1988), 36 Ohio St. 3d 100, 522 N.E. 2d 489, and the cause is remanded to the trial court for further proceedings.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.